ABRAHAM ROBINSON, Respondent, *v.* MERIDA REALTY COMPANY et al., Appellants.

*Robinson* v. *Merida Realty Co.,* 150 App. Div. 929, affirmed.
(Argued March 9, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 3, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover commissions on an exchange of real property.

*Abram I. Elkus, Joseph J. Corn* and *J. Lester Lewine* for appellants.

*Max D. Steuer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER and CARDOZO, JJ.

---

WILLIAM CHINN, Respondent, *v.* THE FERRO-CONCRETE CONSTRUCTION COMPANY, Appellant.

*Chinn* v. *Ferro-Concrete Construction Co.,* 148 App. Div. 368, affirmed.
(Argued March 10, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 30, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*A. D. Jenney* and *M. J. Allen* for appellant.

*Harlan W. Rippey* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, CUDDEBACK, MILLER and CARDOZO, JJ. Absent: WILLARD BARTLETT, Ch. J. Not voting: COLLIN, J.